## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| INYX USA, LTD., | Case No. 07-10888 (KG) |
| Debtor. | **Related to Docket Nos. 121 & 127** |

## APPELLANT DR. JACK KACHKAR'S STATEMENT OF ISSUES AND DESIGNATION OF RECORD ON APPEAL FROM FINAL ORDER ENTERED BY THE BANKRUPTCY COURT ON APRIL 3, 2008 (DOCKET NO. 121)

Dr. Jack Kachkar, a creditor and a party-in-interest ("Appellant"), by and through his counsel, pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, hereby submits his statement of the issues to be presented and designates the record on appeal to the United States District Court for the District of Delaware with respect to the order of the United States Bankruptcy Court for the District of Delaware, dated April 3, 2008, titled "Final Order (I) Authorizing the Use of Cash Collateral Pursuant to 11 U.S.C. § 363, (II) Granting Adequate Protection to Westernbank Puerto Rico as the Prepetition Lender, (III) Authorizing Further Postpetition Financing, (IV) Granting Liens and Superpriority Administrative Expense Status Pursuant to 11 U.S.C. §§ 363 and 364, and (V) Modifying Automatic Stay Pursuant to 11 U.S.C. § 362" [D.I. 121] (the "Order").

### Issues to be Presented on Appeal

A.      Whether the United States Court for the District of Delaware (the "Bankruptcy Court") erred in permitting Stephen S. Gray, as the Chapter 11 Trustee (the "Trustee") of Inyx USA, Ltd. ("Inyx USA" or the "Debtor") to obtain further post-petition financing under Sections 364(c) and 364(d) of the Bankruptcy Code from

Westernbank Puerto Rico ("Westernbank" or the "Prepetition Lender"), collaterally secured by first priority perfected liens and security interests (the "Financing Liens") on all property of the Debtor's estate pursuant to Sections 364(c)(2), 364(c)(3) and 364(d) of the Bankruptcy, and with priority, as an administrative expense in accordance with the provisions of Section 364(c)(1) of the Bankruptcy, on the terms and conditions set forth in the Order.

B.    Whether, on the record of the hearing, the Bankruptcy Court erred in authorizing a priming of Dr. Kachkar's liens (the "First DIP Liens") granted on Inyx USA's assets pursuant to that certain Interim Order: (I) To Authorize Secured Postpetition Financing, (II) To Grant A Super-Priority Administrative Claim and Postpetition Liens; and (III) To Scheduling [sic] a Final Hearing, signed by the Bankruptcy Court on July 11, 2007 and entered on July 12, 2007 (the "Kachkar DIP Order"), without Dr. Kachkar's consent and without provision of adequate protection in violation of Section 364(d) of the Bankruptcy Code.

C.    Whether the Bankruptcy Court erred in authorizing the entry of the Order which inappropriately narrowed and redefined the collateral on which the First DIP Liens of Dr. Kachkar attached in limitation and contravention of a prior order of the Bankruptcy Court.

D.    Whether the Bankruptcy Court erred in granting the Prepetition Lender pursuant to Sections 361 and 363 of the Bankruptcy Code, as adequate protection for the use of cash collateral ("Cash Collateral"), and to the extent of any diminution in the value thereof, replacement liens to the same extent and validity and priority as Westernbank's prepetition liens, on all of Inyx USA's currently owned and after-acquired property, thus

effectuating a priming of Dr. Kachkar's First DIP Liens, absent a showing that there was

any Westernbank Cash Collateral available to the Debtors' estates on the Petition Date,

and without Dr. Kachkar's consent and without provision of adequate protection in

violation of Sections 363(c)(2), 363(e) and 364(d) of the Bankruptcy Code.

      E.      Whether the Bankruptcy Court erred in granting waivers of (i) the

equitable doctrine of "marshaling" or any other similar doctrine with respect to any of

Westernbank's Collateral; (ii) the "equities of the case" exception under Section 552(b)

of the Bankruptcy Code as it applies to Westernbank with respect to proceeds, product,

offspring or profits of any its collateral; and (iii) the provision of Section 506(c) of the

Bankruptcy Code.

      F.      Whether the Bankruptcy Court erred in authorizing the entry of the Order

containing a Payment from Proceeds of Collateral provision which requires, *inter alia*,

that all proceeds from a sale of substantially all the assets of Inyx USA, or otherwise

upon default, be paid solely to Westernbank, without any regard to the First DIP Liens.

      G.      Whether the Bankruptcy Court erred in granting Westernbank the

protections under Section 364(e) of the Bankruptcy Code, and finding that the use of

Cash Collateral and the borrowing provided in the Order was negotiated in good faith and

at arms' length between the Trustee and Westernbank.

      H.      Whether the Bankruptcy Court erred in determining that the relief granted

was in the best interests of the Debtor and its estate, creditors and interest holders and all

other parties in interest in the chapter 11 case.

## <u>Designation of Items to be Included in Record on Appeal[1]</u>

1.      Debtors' Motion: (I) to Authorize Secured Postpetition Financing; (II) to Grant a Super-Priority Administrative Claim and Postpetition Liens; and (III) to Schedule a Final Hearing, dated and entered on July 3, 2007 [07-10887[2] D.I. 6].

2.      Interim Order: (I) to Authorize Secured Postpetition Financing; (II) to Grant a Super-Priority Administrative Clam and Postpetition Liens; and (III) to Scheduling [sic] a Final Hearing, signed on July 11, 2007 and entered on July 12, 2007 [07-10887 D.I. 43].

3.      Transcript of Hearing held on August 15, 2007 before the Honorable Kevin Gross [07-10887 D.I. 173].

4.      Transcript of Hearing held on August 16, 2007 before the Honorable Kevin Gross [07-10887 D.I. 174].

5.      Emergency Order as to Debtor Inyx USA, Ltd. (Case No. 07-10888) (I) Authorizing the Use of Cash Collateral pursuant to 11 U.S.C. § 363, (II) Granting Adequate Protection to Westernbank Puerto Rico as the Prepetition Lender, (III) Authorizing Postpetition Financing, (IV) Granting Liens and Superpriority Administrative Expense Status pursuant to 11 U.S.C. §§ 363 and 364, (V) Modifying

---

[1]      Each designated item includes any exhibits to such item. Each reference to "D.I. __" includes all documents within that Docket Item.

[2]      The Exaeris, Inc. (Case No. 07-10887 (KG)) and Inyx USA, Ltd. (Case No. 07-10888 (KG)) bankruptcy cases were jointly administered at the outset of their cases at Bankruptcy Case No. 07-10887; however, on December 6, 2007, on the motion of Westernbank Puerto Rico, the Bankruptcy Court vacated the order for joint administration. Accordingly, certain pleadings relevant to this appeal were filed under the Exaeris Case No. 07-10887, and are referenced herein as "07-10887 D.I. ___."

Automatic Stay pursuant to 11 U.S.C. § 362 and (VI) Scheduling an Interim Hearing, signed and entered on August 16, 2007 [07-10887 D.I. 130].

6.      Motion of the Chapter 11 Trustee Of Inyx USA, Ltd. for Entry of Interim and Final Orders pursuant to Sections 105, 361, 362, 363, 364(c) and 364(d) of the Bankruptcy Code and Rules 2002, 4001 and 9014 of the Federal Rules Of Bankruptcy Procedure with respect to Inyx USA, Ltd. (Case No. 07-10888) (I) Authorizing the Use of Cash Collateral pursuant to 11 U.S.C. § 363, (II) Granting Adequate Protection to Westernbank Puerto Rico as the Prepetition Lender, (III) Authorizing Postpetition Financing, (IV) Granting Liens and Superpriority Administrative Expenses Status pursuant to 11 U.S.C. §§ 363 and 364, (V) Modifying Automatic Stay pursuant to 11 U.S.C. § 362 and (VI) Scheduling a Final Hearing, dated August 21, 2007 and entered on August 22, 2007 [07-10887 D.I. 142].

7.      Response of the Official Committee of Unsecured Creditors of Exaeris, Inc. and Inyx USA, Ltd. to the Motion of the Chapter 11 Trustee Of Inyx USA, Ltd. for Entry of Interim and Final Orders pursuant to Sections 105, 361, 362, 363, 364(c) and 364(d) of the Bankruptcy Code and Rules 2002, 4001 and 9014 of the Federal Rules Of Bankruptcy Procedure with respect to Inyx USA, Ltd. (Case No. 07-10888) (I) Authorizing the Use of Cash Collateral pursuant to 11 U.S.C. § 363, (II) Granting Adequate Protection to Westernbank Puerto Rico as the Prepetition Lender, (III) Authorizing Postpetition Financing, (IV) Granting Liens and Superpriority Administrative Expenses Status pursuant to 11 U.S.C. §§ 363 and 364, (V) Modifying Automatic Stay pursuant to 11 U.S.C. § 362 and (VI) Scheduling a Final Hearing, dated and entered on August 22, 2007 [07-10887 D.I. 145].

8.     Objection of Dr. Jack Kachkar to Motion of the Chapter 11 Trustee Of Inyx USA, Ltd. for Entry of Interim Order pursuant to Sections 105, 361, 362, 363, 364(c) and 364(d) of the Bankruptcy Code and Rules 2002, 4001 and 9014 of the Federal Rules Of Bankruptcy Procedure with respect to Inyx USA, Ltd. (Case No. 07-10888) (I) Authorizing the Use of Cash Collateral pursuant to 11 U.S.C. § 363, (II) Granting Adequate Protection to Westernbank Puerto Rico as the Prepetition Lender, (III) Authorizing Postpetition Financing, (IV) Granting Liens and Superpriority Administrative Expenses Status pursuant to 11 U.S.C. §§ 363 and 364, (V) Modifying Automatic Stay pursuant to 11 U.S.C. § 362 and (VI) Scheduling a Final Hearing, filed August 22, 2007 [07-10887 D.I. 148].

9.     Notice of Filing of Exhibit "A" to Objection of Dr. Jack Kachkar to Motion of the Chapter 11 Trustee Of Inyx USA, Ltd. for Entry of Interim and Final Orders pursuant to Sections 105, 361, 362, 363, 364(c) and 364(d) of the Bankruptcy Code and Rules 2002, 4001 and 9014 of the Federal Rules Of Bankruptcy Procedure with respect to Inyx USA, Ltd. (Case No. 07-10888) (I) Authorizing the Use of Cash Collateral pursuant to 11 U.S.C. § 363, (II) Granting Adequate Protection to Westernbank Puerto Rico as the Prepetition Lender, (III) Authorizing Postpetition Financing, (IV) Granting Liens and Superpriority Administrative Expenses Status pursuant to 11 U.S.C. §§ 363 and 364, (V) Modifying Automatic Stay pursuant to 11 U.S.C. § 362 and (VI) Scheduling a Final Hearing, filed August 22, 2007 [07-10887 D.I. 149].

10.     Transcript of Hearing held on August 23, 2007 before the Honorable Kevin Gross [07-10887 D.I. 160].

11.     Interim Order as to Debtor Inyx USA, Ltd. (Case No. 07-10888) (I) Authorizing the Use of Cash Collateral pursuant to 11 U.S.C. § 363, (II) Granting Adequate Protection to Westernbank Puerto Rico as the Prepetition Lender, (III) Authorizing Postpetition Financing, (IV) Granting Liens and Superpriority Administrative Expenses Status pursuant to 11 U.S.C. §§ 363 and 364, (V) Modifying Automatic Stay pursuant to 11 U.S.C. § 362 and (VI) Scheduling a Final Hearing, dated and entered on August 23, 2007 [07-10887 D.I. 151].

12.     Notice of Extension through September 6, 2007 of Financing under Interim Order pursuant to Sections 105, 361, 362, 363, 364(c) and 364(d) of the Bankruptcy Code and Rules 2002, 4001 and 9014 of the Federal Rules of Bankruptcy Procedure with respect to Inyx USA, Ltd. (Case No. 07-10888) (I) Authorizing the Use of Cash Collateral pursuant to 11 U.S.C. § 363, (II) Granting Adequate Protection to Westernbank Puerto Rico as the Prepetition Lender, (III) Authorizing Postpetition Financing, (IV) Granting Liens and Superpriority Administrative Expenses Status pursuant to 11 U.S.C. §§ 363 and 364, (V) Modifying Automatic Stay pursuant to 11 U.S.C. § 362 and (VI) Scheduling a Final Hearing, filed August 31, 2007 [07-10887 D.I. 161].

13.     Objection of Dr. Jack Kachkar to Motion of the Chapter 11 Trustee of Inyx USA, Ltd. for entry of Final Order pursuant to Sections 105, 361, 362, 363, 364(c) and 364(d) of the Bankruptcy Code and Rules 2002, 4001 and 9014 of the Federal Rules of Bankruptcy Procedure with respect to Inyx USA, Ltd. (Case No. 07-10888) (I) Authorizing the Use of Cash Collateral pursuant to 11 U.S.C. § 363, (II) Granting Adequate Protection to Westernbank Puerto Rico as the Prepetition Lender, (III)

Authorizing Postpetition Financing, (IV) Granting Liens and Superpriority Administrative Expenses Status pursuant to 11 U.S.C. §§ 363 and 364, (V) Modifying Automatic Stay pursuant to 11 U.S.C. § 362 and (VI) Scheduling a Final Hearing, dated September 4, 2007 [07-10887 D.I. 162].

14.    Transcript of Hearing held on September 7, 2007 before the Honorable Kevin Gross [07-10887 D.I. 240].

15.    Certification of Counsel Regarding Final Order on Motion of Chapter 11 Trustee of Inyx USA, Ltd. for entry of Interim and Final Orders pursuant to Sections 105, 361, 362, 363, 364(c) and 364(d) of the Bankruptcy Code and Rules 2002, 4001 and 9014 of the Federal Rules of Bankruptcy Procedure with respect to Inyx USA, Ltd. (Case No. 07-10888) (I) Authorizing the Use of Cash Collateral pursuant to 11 U.S.C. § 363, (II) Granting Adequate Protection to Westernbank Puerto Rico as the Prepetition Lender, (III) Authorizing Postpetition Financing, (IV) Granting Liens and Superpriority Administrative Expenses Status pursuant to 11 U.S.C. §§ 363 and 364, (V) Modifying Automatic Stay pursuant to 11 U.S.C. § 362 and (VI) Scheduling a Final Hearing, filed September 7, 2007 [07-10887 D.I. 178].

16.    Final Order as to Debtor Inyx USA, Ltd. (Case No. 07-10888) (I) Authorizing the Use of Cash Collateral pursuant to 11 U.S.C. § 363, (II) Granting Adequate Protection to Westernbank Puerto Rico as the Prepetition Lender, (III) Authorizing Postpetition Financing, (IV) Granting Liens and Superpriority Administrative Expenses Status pursuant to 11 U.S.C. §§ 363 and 364, and (V) Modifying Automatic Stay pursuant to 11 U.S.C. § 362, signed and entered on September 7, 2007 [07-10887 D.I. 179].

17.    Notice of Appeal from Final Order as to Debtor Inyx USA, Ltd. (Case No. 07-10888) (I) Authorizing the Use of Cash Collateral pursuant to 11 U.S.C. § 363, (II) Granting Adequate Protection to Westernbank Puerto Rico as the Prepetition Lender, (III) Authorizing Postpetition Financing, (IV) Granting Liens and Superpriority Administrative Expenses Status pursuant to 11 U.S.C. §§ 363 and 364, and (V) Modifying Automatic Stay pursuant to 11 U.S.C. § 362 entered by the Bankruptcy Court on September 7, 2007, filed on September 17, 2007 [07-10887 D.I. 187].

18.    Appellant Dr. Jack Kachkar's Statement of Issues and Designation of Record on Appeal from Final Order Entered by the Bankruptcy Court on September 7, 2007 (Docket No. 179), filed September 27, 2007 [07-10887 D.I. 200].

19.    Westernbank Puerto Rico's Counter-Designation of Record and Counter-Statement of Issues With Respect to Appellant Dr. Jack Kachkar's Appeal of Final Postpetition Financing Order Entered by the Bankruptcy Court on September 27, [sic] 2007 (Docket No. 179), filed on October 9, 2007 [07-10887 D.I. 242].

20.    Chapter 11 Trustee of Inyx USA, Ltd.'s Counter-Designation of Record and Counter-Statement of Issues With Respect to Appellant Dr. Jack Kachkar's Appeal of Final Postpetition Financing Order Entered by the Bankruptcy Court on September 27, [sic] 2007 (Docket No. 179), filed on October 9, 2007 [07-10887 D.I. 243].

21.    Notice of Filing of November 2007 Budget Pursuant to Final Order as to Debtor Inyx USA, Ltd. (Case No. 07-10888) (I) Authorizing the Use of Cash Collateral Pursuant to 11 U.S.C. § 363, (II) Granting Adequate Protection to Westernbank Puerto Rico as the Prepetition Lender, (III) Authorizing Postpetition Financing, (IV) Granting Liens and Superpriority Administrative Expense Status Pursuant to 11 U.S.C. §§ 363 and

364, and (V) Modifying Automatic Stay Pursuant to 11 U.S.C. § 362, filed on October 31, 2007 [07-10887 D.I. 298].

22.     Motion of the Chapter 11 Trustee of Inyx USA, Ltd. for Entry of Interim and Final Orders Pursuant to Sections 105, 361, 362, 363, 364(c) and 364(d) of the Bankruptcy Code and Rules 2002, 4001 and 9014 of the Federal Rules of Bankruptcy Procedure With Respect To Inyx USA, Ltd. (Case No. 07-10888) (I) Authorizing the Use of Cash Collateral Pursuant to 11 U.S.C. § 363, (II) Granting Adequate Protection to Westernbank Puerto Rico as the Prepetition Lender, (III) Authorizing Second Postpetition Financing, (IV) Granting Liens and Superpriority Administrative Expense Status Pursuant to 11 U.S.C. §§ 363 and 364, (V) Modifying Automatic Stay Pursuant to 11 U.S.C. § 362 and (VI) Scheduling A Final Hearing, filed on December 3, 2007 [07-10887 D.I. 390].

23.     Objection and Reservation of Rights of Dr. Jack Kachkar to Motion of the Chapter 11 Trustee of Inyx USA, Ltd. for Entry of Interim and Final Orders Pursuant to Sections 105, 361, 362, 363, 364(c) and 364(d) of the Bankruptcy Code and Rules 2002, 4001 and 9014 of the Federal Rules of Bankruptcy Procedure With Respect To Inyx USA, Ltd. (Case No. 07-10888) (I) Authorizing the Use of Cash Collateral Pursuant to 11 U.S.C. § 363, (II) Granting Adequate Protection to Westernbank Puerto Rico as the Prepetition Lender, (III) Authorizing Second Postpetition Financing, (IV) Granting Liens and Superpriority Administrative Expense Status Pursuant to 11 U.S.C. §§ 363 and 364, (V) Modifying Automatic Stay Pursuant to 11 U.S.C. § 362 and (VI) Scheduling A Final Hearing, filed on December 5, 2007 [07-10887 D.I. 398].

24.     Objection of Sanofi-Aventis US to Motion of Chapter 11 Trustee of Inyx USA, Ltd. for Entry of Interim and Final Orders Granting Liens and Superpriority Administrative Expense Status to Westernbank Puerto Rico Pursuant to 11 U.S.C. §§ 363 and 364, filed December 5, 2007 [07-10887 D.I. 408].

25.     Transcript of Hearing held on December 6, 2007 before the Honorable Kevin Gross [07-10887 D.I. 464].

26.     Interim Order As To Debtor Inyx USA, Ltd. (Case No. 07-10888) (I) Authorizing the Use of Cash Collateral Pursuant to 11 U.S.C. § 363, (II) Granting Adequate Protection to Westernbank Puerto Rico as the Prepetition Lender, (III) Authorizing Second Postpetition Financing, (IV) Granting Liens and Superpriority Administrative Expense Status Pursuant to 11 U.S.C. §§ 363 and 364, (V) Modifying Automatic Stay Pursuant to 11 U.S.C. § 362 and (VI) Scheduling A Final Hearing, signed and entered on December 6, 2007 [07-10887 D.I. 420].

27.     Sanofi-Aventis US's Notice of Reservation of Rights, filed December 28, 2007 [D.I. 29].

28.     Transcript of Hearing held on January 11, 2008 before the Honorable Kevin Gross [D.I. 59].

29.     Notice of Filing of February 2008 Budget Pursuant to Interim Order as to Debtor Inyx USA, Ltd. (Case No. 07-10888) (I) Authorizing the Use of Cash Collateral Pursuant to 11 U.S.C. § 363, (II) Granting Adequate Protection to Westernbank Puerto Rico as the Prepetition Lender, (III) Authorizing [Second] Postpetition Financing, (IV) Granting Liens and Superpriority Administrative Expense Status Pursuant to 11 U.S.C.

§§ 363 and 364, (V) Modifying Automatic Stay Pursuant to 11 U.S.C. § 362 and (VI)
Scheduling A Final Hearing, filed on February 5, 2008 [D.I. 53].

      30.      Motion of the Chapter 11 Trustee of Inyx USA, Ltd. for Entry of Interim
and Final Orders Pursuant to Sections 105, 361, 362, 363, 364(c) and 364(d) of the
Bankruptcy Code and Rules 2002, 4001 and 9014 of the Federal Rules of Bankruptcy
Procedure With Respect To Inyx USA, Ltd. (Case No. 07-10888) (I) Authorizing the Use
of Cash Collateral Pursuant to 11 U.S.C. § 363, (II) Granting Adequate Protection to
Westernbank Puerto Rico as the Prepetition Lender, (III) Authorizing Further
Postpetition Financing, (IV) Granting Liens and Superpriority Administrative Expense
Status Pursuant to 11 U.S.C. §§ 363 and 364, (V) Modifying Automatic Stay Pursuant to
11 U.S.C. § 362 and (VI) Scheduling A Final Hearing, filed on February 29, 2008 [D.I.
72].

      31.      Objection and Reservation of Rights of Dr. Jack Kachkar to Motion of the
Chapter 11 Trustee of Inyx USA, Ltd. for Entry of Interim and Final Orders Pursuant to
Sections 105, 361, 362, 363, 364(c) and 364(d) of the Bankruptcy Code and Rules 2002,
4001 and 9014 of the Federal Rules of Bankruptcy Procedure With Respect To Inyx
USA, Ltd. (Case No. 07-10888) (I) Authorizing the Use of Cash Collateral Pursuant to 11
U.S.C. § 363, (II) Granting Adequate Protection to Westernbank Puerto Rico as the
Prepetition Lender, (III) Authorizing Further Postpetition Financing, (IV) Granting Liens
and Superpriority Administrative Expense Status Pursuant to 11 U.S.C. §§ 363 and 364,
(V) Modifying Automatic Stay Pursuant to 11 U.S.C. § 362 and (VI) Scheduling A Final
Hearing, filed on March 3, 2008 [D.I. 77].

32.     Response of Sanofi-Aventis US to Trustee's Motion for Entry of Interim and Final Orders Pursuant to Sections 105, 361, 362, 363, 364(c) and 364(d) of the Bankruptcy Code and Rules 2002, 4001 and 9014 of the Federal Rules of Bankruptcy Procedure With Respect To Inyx USA, Ltd. (Case No. 07-10888) (I) Authorizing the Use of Cash Collateral Pursuant to 11 U.S.C. § 363, (II) Granting Adequate Protection to Westernbank Puerto Rico as the Prepetition Lender, (III) Authorizing Second Postpetition Financing, (IV) Granting Liens and Superpriority Administrative Expense Status Pursuant to 11 U.S.C. §§ 363 and 364, (V) Modifying Automatic Stay Pursuant to 11 U.S.C. § 362 and (VI) Scheduling A Final Hearing and Reservation of Rights, filed on March 3, 2008 [D.I. 78].

33.     Limited Response of the Official Committee of Unsecured Creditors to the Motion of Chapter 11 Trustee to Authorize Additional Secured Post-Petition Financing and for Other Related Relief, filed on March 4, 2008 [D.I. 79].

34.     Transcript of Hearing held on March 4, 2008 before the Honorable Kevin Gross [D.I. ____].[3]

35.     Interim Order (I) Authorizing the Use of Cash Collateral Pursuant to 11 U.S.C. § 363, (II) Granting Adequate Protection to Westernbank Puerto Rico as the Prepetition Lender, (III) Authorizing Further Postpetition Financing, (IV) Granting Liens and Superpriority Administrative Expense Status Pursuant to 11 U.S.C. §§ 363 and 364,

---

[3]     Pursuant to Bankruptcy Rule 8006 and Local Rule 8006-1, Appellant delivered to the reporter and filed with the clerk a written request for the Transcript of Hearing held on March 4, 2008 before the Honorable Kevin Gross on April 24, 2008 [D.I. ____]. Evidence that the transcript has been ordered has also been delivered to the Clerk's office.

(V) Modifying Automatic Stay Pursuant To 11 U.S.C. § 362, and (VI) Scheduling a Final Hearing, signed on March 4, 2008 and entered on March 5, 2008 [D.I. 82].

36.     Transcript of Hearing held on March 12, 2008 before the Honorable Kevin Gross [D.I. 99].

37.     [Revised] Interim Order (I) Authorizing the Use of Cash Collateral Pursuant to 11 U.S.C. § 363, (II) Granting Adequate Protection to Westernbank Puerto Rico as the Prepetition Lender, (III) Authorizing Further Postpetition Financing, (IV) Granting Liens and Superpriority Administrative Expense Status Pursuant to 11 U.S.C. §§ 363 and 364, (V) Modifying Automatic Stay Pursuant To 11 U.S.C. § 362, and (VI) Scheduling a Final Hearing, signed and entered on March 12, 2008 [D.I. 95].

38.     Objection and Reservation of Rights of Dr. Jack Kachkar to Motion of the Chapter 11 Trustee of Inyx USA, Ltd. for Entry of Final Order Pursuant to Sections 105, 361, 362, 363, 364(c) and 364(d) of the Bankruptcy Code and Rules 2002, 4001 and 9014 of the Federal Rules of Bankruptcy Procedure With Respect To Inyx USA, Ltd. (Case No. 07-10888) (I) Authorizing the Use of Cash Collateral Pursuant to 11 U.S.C. § 363, (II) Granting Adequate Protection to Westernbank Puerto Rico as the Prepetition Lender, (III) Authorizing Further Postpetition Financing, (IV) Granting Liens and Superpriority Administrative Expense Status Pursuant to 11 U.S.C. §§ 363 and 364, (V) Modifying Automatic Stay Pursuant to 11 U.S.C. § 362 and (VI) Scheduling A Final Hearing, filed on March 25, 2008 [D.I. 101].

39.     Continuing Response of Sanofi-Aventis US to Trustee's Motion for Entry of Interim and Final Orders Pursuant to Sections 105, 361, 362, 363, 364(c) and 364(d) of the Bankruptcy Code and Rules 2002, 4001 and 9014 of the Federal Rules of Bankruptcy

Procedure With Respect To Inyx USA, Ltd. (Case No. 07-10888) (I) Authorizing the Use

of Cash Collateral Pursuant to 11 U.S.C. § 363, (II) Granting Adequate Protection to

Westernbank Puerto Rico as the Prepetition Lender, (III) Authorizing Second

Postpetition Financing, (IV) Granting Liens and Superpriority Administrative Expense

Status Pursuant to 11 U.S.C. §§ 363 and 364, (V) Modifying Automatic Stay Pursuant to

11 U.S.C. § 362 and (VI) Scheduling A Final Hearing and Reservation of Rights, filed on

March 25, 2008 [D.I. 102].

      40.    Transcript of Hearing held on April 1, 2008 before the Honorable Kevin

Gross [D.I. 126].

      41.    Certification of Counsel Regarding Final Order on Motion of Chapter 11

Trustee of Inyx USA, Ltd. for Entry of Interim and Final Orders Pursuant to Sections

105, 361, 362, 363, 364(c) and 364(d) of the Bankruptcy Code and Rules 2002, 4001 and

9014 of the Federal Rules of Bankruptcy Procedure With Respect to Inyx USA, Ltd.

(Case No. 07-10888) (I) Authorizing the Use of Cash Collateral Pursuant to 11 U.S.C.

§ 363, (II) Granting Adequate Protection to Westernbank Puerto Rico as the Prepetition

Lender, (III) Authorizing Further Postpetition Financing, (IV) Granting Liens and

Superpriority Administrative Expense Status Pursuant to 11 U.S.C. §§ 363 and 364, and

(V) Modifying Automatic Stay Pursuant to 11 U.S.C. § 362, filed on April 2, 2008 [D.I.

119].

      42.    Final Order (I) Authorizing the Use of Cash Collateral Pursuant to 11

U.S.C. § 363, (II) Granting Adequate Protection to Westernbank Puerto Rico as the

Prepetition Lender, (III) Authorizing Further Postpetition Financing, (IV) Granting Liens

and Superpriority Administrative Expense Status Pursuant to 11 U.S.C. §§ 363 and 364,

and (V) Modifying Automatic Stay Pursuant to 11 U.S.C. § 362, signed and entered on

April 3, 2008 [D.I. 121].

     43.    Notice of Appeal from Final Order (I) Authorizing the Use of Cash

Collateral Pursuant to 11 U.S.C. § 363, (II) Granting Adequate Protection to

Westernbank Puerto Rico as the Prepetition Lender, (III) Authorizing Further

Postpetition Financing, (IV) Granting Liens and Superpriority Administrative Expense

Status Pursuant to 11 U.S.C. §§ 363 and 364, and (V) Modifying Automatic Stay

Pursuant to 11 U.S.C. § 362 entered by the Bankruptcy Court on April 3, 2008, filed on

April 14, 2008 [D.I. 127].

Dated:  April 24, 2008         Respectfully submitted,
Wilmington, Delaware

         /s/ Leslie C. Heilman
         Tobey M. Daluz, Esquire (No. 3939)
         Leslie C. Heilman, Esquire (No. 4716)
         BALLARD SPAHR ANDREWS & INGERSOLL, LLP
         919 N. Market Street, 12th Floor
         Wilmington, DE 19801
         Telephone:  (302) 252-4465
         Facsimile:  (302) 252-4466
         Email:  daluzt@ballardspahr.com
                 heilmanl@ballardspahr.com

         Counsel for Dr. Jack Kachkar