IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| INYX USA, LTD., | ) | Case No. 07-10888 (KG) |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

**CHAPTER 11 TRUSTEE OF INYX USA, LTD.'S COUNTER-DESIGNATION OF RECORD AND COUNTER-STATEMENT OF ISSUES WITH RESPECT TO APPELLANT DR. JACK KACHKAR'S APPEAL OF FINAL POSTPETITION FINANCING ORDER ENTERED BY THE BANKRUPTCY COURT ON APRIL 3, 2008 (DOCKET NO. 121)**

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, Stephen S. Gray, the Chapter 11 Trustee (the "Trustee") of the Debtor, Inyx USA, Ltd. (the "Debtor") submits this counter-statement of the issues on appeal and counter-designation of additional items to be included on the record on appeal in connection with the appeal filed by Jack Kachkar ("Kachkar") from an order of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), dated April 3, 2008, titled "Final Order (I) Authorizing the Use of Cash Collateral Pursuant to 11 U.S.C. § 363, (II) Granting Adequate Protection to Westernbank Puerto Rico as the Prepetition Lender, (III) Authorizing Further Postpetition Financing, (IV) Granting Liens and Superpriority Administrative Expense Status Pursuant to 11 U.S.C. §§ 363 and 364, and (V) Modifying Automatic Stay Pursuant to 11 U.S.C. § 362" (Docket No. 121) (the "Westernbank Final DIP Order" and, the credit extended thereby, the "Westernbank Financing"), and respectfully submits:

## COUNTER-STATEMENT OF ISSUES ON APPEAL

1. Is Kachkar's appeal from the Westernbank Final DIP Order moot pursuant to section 364(e) of the Bankruptcy Code because the Bankruptcy Court found that Westernbank extended the Westernbank Financing in good faith to the Debtor, which Kachkar's counsel acknowledged, admitted and agreed to at the August 23, 2007 hearing on the Westernbank Financing.[1]

2. Is Kachkar's appeal from the Westernbank Final DIP Order moot because the liens granted to Westernbank pursuant to the Westernbank Final DIP Order appealed from do not, contrary to Kachkar's assertions, prime any lien previously granted to Kachkar pursuant to the Interim Order dated July 11, 2007 (the "Kachkar Interim DIP Order") entered on the Kachkar financing (the "Kachkar DIP") in the procedurally consolidated chapter 11 cases.

3. Is the Bankruptcy Court's interpretation of its Kachkar Interim DIP Order clearly erroneous with respect to the extent of the liens granted to Kachkar by the Kachkar Interim DIP Order, on which interpretation depends the question of whether those liens were primed by the Westernbank Final DIP Order.

4. Are the Bankruptcy Court's specific findings that the Westernbank Financing was negotiated and extended in good faith and at arm's length between the Trustee and Westernbank, and for valid business purposes and uses, and hence that Westernbank is entitled to the protections and benefits of section 364(e) of the Bankruptcy Code, clearly erroneous.

---

[1] Transcript of Bankruptcy Court Hearing held on August 23, 2007, page 11, lines 3-6.

5. Is the Kachkar Interim DIP Order subject to revision or modification by the Bankruptcy Court.

## **COUNTER-DESIGNATION OF RECORD**

The Trustee counter-designates the following items to be included in the record on appeal. Each designated item includes any exhibits to such item.

| Docket No.<br>[Case No.<br>07-10887][2] | Description |
|---|---|
| 17 | Emergency Motion Of Westernbank Puerto Rico For Adequate Protection And To Prohibit Use Of Cash Collateral, dated July 9, 2007 |
| 26 | Objection By Westernbank Puerto Rico To The Debtors' Motion: (I) To Authorize Secured Postpetition Financing; (II) To Grant A Super-Priority Administrative Claim And Postpetition Liens; And (III) To Schedule A Final Hearing, dated July 10, 2007 |
| 46 | Order Granting Motion For Adequate Protection, dated July 12, 2007 |
| 74 | Supplemental Objection Of Westernbank Puerto Rico To Debtors' Motion For Final Approval Of Secured Postpetition Financing And Related Relief, dated July 24, 2007 |
| 122 | Order (SECOND INTERIM): (I) Authorizing Secured Postpetition Financing; (II) Granting a Super-Priority Administrative Claim and Postpetition Liens; and (III) Scheduling a Final Hearing, dated August 8, 2007 |
| 168 | Order (THIRD INTERIM): (I) Authorizing Secured Postpetition Financing; (II) Granting a super-Priority Administrative Claim and Postpetition Liens; and (III) Scheduling a Final Hearing, dated September 6, 2007 |

---

[2] Subheadings indicate the bankruptcy case no. on which docket the items were entered. The reason for this is as follows. The Inyx USA, Ltd. case (07-10888(KG)) previously was procedurally jointly administered with the Exaeris, Inc. case (07-10887(KG)). Accordingly, several counter-designated items were entered on the docket for case no. 07-10887 (KG). On December 6, 2007, the Bankruptcy Court entered its order (DN 421 in case no. 07-10887 (KG)) vacating the procedural joint administration order. Subsequently, counter-designated items were entered on the docket for the Inyx USA, Ltd. case (07-10888(KG)).

| | |
|---|---|
| 195 | Order (FOURTH INTERIM): (I) Authorizing Secured Postpetition Financing; (II) Granting a Super-Priority Administrative Claim and Postpetition Liens; and (III) Scheduling a Final Hearing, dated September 24, 2007 |
| 240 | Transcript of Hearing held on September 7, 2007 before the Honorable Kevin Gross, dated October 9, 2007 |
| **Docket No.** [Case No. 07-10888] | |
| 54 | Notice of Hearing on Final Order (I) Authorizing Secured Postpetition Financing; and (II) Granting a Super-Priority Administrative Claim and Postpetition Liens in Favor of Dr. Jack Kachkar |
| 66 | Objection to Proposed Final Order Authorizing Debtor in Possession Financing Under Section 364(c) of the Bankruptcy Code by Jack Kachkar |
| 68 | Objection to Entry of Final Order (I) Authorizing Secured Postpetition Financing; and (II) Granting a Super-Priority Administrative Claim and Postpetition Liens in Favor of Dr. Jack Kachkar |
| 69 | Response to Motion for Entry of Final Order (i) Authorizing Secured Postpetition Financing and (ii) Granting a Super-Priority Administrative Claim and Post Petition Liens in Favor of Dr. Jack Kachkar and Reservation of Rights |
| 76 | Amended Notice of Agenda of Matters Scheduled for Hearing 3/4/2008 at 10:00 AM |

Dated: May 5, 2008
      Wilmington, Delaware

                              PACHULSKI STANG ZIEHL & JONES LLP

                              /s/ Bruce Grohsgal
                              Richard Pachulski (CA Bar No. 90073)
                              Bruce Grohsgal (Bar No. 3583)
                              919 North Market Street, 17th Floor
                              P.O. Box 8705
                              Wilmington, Delaware 19899-8705 (Courier 19801)
                              Telephone: (302) 652-4100
                              Facsimile: (302) 652-4400
                              Email: bgrohsgal@pszyjw.com

                              Counsel for the Chapter 11 Trustee