IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**DOCKET ITEM #** 5

IN RE: INYX USA Ltd.

| | | |
|---|---|---|
| Dr. Jack Kachkar | ) | |
| | ) | |
| Appellant | ) | Civil Action No.   08-270 |
| v. | ) | |
| | ) | |
| Westernbank Puerto Rico, Stephen S. Gray | ) | |
| | ) | |
| Appellee | ) | Bankruptcy Case No. 07-10888 |
| | ) | Bankruptcy Appeal No. 08-23 |

**NOTICE OF DOCKETING**

A Notice of Appeal of the following order of the Bankruptcy Court dated 4/3/08 was docketed in the District Court on 5/6/08:

> Final Order (I) Authorizing the Use of Cash Collateral Pursuant to 11 U.S.C. 363, (II) Granting Adequate Protection to Westernbank Puerto Rico as the Prepetition Lender, (III) Authorizing Further Postpetition Financing, (IV) Granting Liens and Superpriority Administrative Expense Status Pursuant to 11 U.S.C. 363 and 364, and (V) Modifying Automatic Stay Pursuant to 11 U.S.C. 362.

In accordance with the Standing Order of the Court dated July 23, 2004, this case shall be referred to the Appellate Mediation Panel, and briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office.  Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

Peter T. Dalleo
Clerk of Court

Date:   May 7, 2008
To:     U.S. Bankruptcy Court
        Counsel